UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

JAMIE HAYES,

       Plaintiff,

   v.

DR. GARY OXENBERG, et al.,

       Defendants.
_____

Civ. No. 24-5665 (RMB)(SAK)

**MEMORANDUM ORDER**

    This matter comes before the Court *sua sponte* in this pro se prisoner civil rights action. On March 10, 2025, Plaintiff's legal mail was returned to the Court as undeliverable. (Dkt. No. 14). Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

    Plaintiff's failure to notify the Court of his address renders the Court unable to communicate with him in this matter. Therefore, the Court will administratively terminate this matter, subject to reopening. However, this matter may be subject to dismissal under Federal Rule of Civil Procedure 41 based on Plaintiff's failure to prosecute.

    **IT IS therefore on this <u>27th day of January 2026,</u>**

    **ORDERED** that the Clerk shall administratively terminate this matter; and it is further

    **ORDERED** that Plaintiff may seek to reopen this matter if, within 30 days from the

date of entry of this Order, he submits to the Clerk of Court, at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey, 08101, a writing showing good cause why he did not timely apprise the Court of his new address; and it is further

**ORDERED** that the Clerk shall mail a copy of this Order to Plaintiff's last known address.

s/Renée Marie Bumb
RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE